UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-259 (PAM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Jiwayne Lavelle Chatman, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for a Preliminary Order of Forfeiture. (Docket No. 43.) Based on the plea agreement between the Government and Defendant Jiwayne Lavelle Chatman, the Court finds that the Government has established the requisite nexus between such property and the offense to which Defendant has pleaded guilty. (Docket No. 42.) Therefore, certain property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Government's Motion for a Preliminary Order of Forfeiture (Docket No. 43) is **GRANTED**;

2. Defendant is ordered to forfeit a Ruger model LCP .380 caliber semiautomatic pistol with an obliterated serial number and any ammunition and accessories seized therewith to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

3. The Attorney General or his authorized designee may seize and maintain custody and control of the property pending the entry of a final order of forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to Defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Dated: April 24, 2025

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge