UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-259 (PAM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Jiwayne Lavelle Chatman, | |
| Defendant. | |

_____

This matter is before the Court on Defendant Jiwayne Lavelle Chatman's Motion to extend the time to file position pleadings and to continue the sentencing hearing in this matter. Defendant's counsel seeks additional time due to his schedule and the need to confer with Defendant and gather records. The Government does not oppose the request.

Accordingly, **IT IS HEREBY ORDERED that:**

1. Defendant's Motion (Docket No. 56) is **GRANTED in part**;

2. The parties' sentencing position pleadings are due on or before July 8, 2025; and

3. The Court will hold the sentencing hearing in this matter as scheduled on July 10, 2025.

Dated: June 17, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge